## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Terrence Williams

**Plaintiff,**

**v.**

CHROMECO, INC., et al.

**Defendant.**

\* 

\*

Case No.  1:25-cv-04120-JRR

\*

\*

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☒  I certify, as party/counsel in this case that    Defendant 23andMe Research Institute f/k/a TTAM Research Institute
_____
                                                                  (name of party)

is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐  The following corporate affiliations exist with  _____ :
                                                                  (name of party)

_____ .
                                  (names of affiliates)

☐  The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____ .
                        (names of entities with possible financial interests)

DisclosureCorpInterest (03/2015)

Disclosure of Corporate Interest

☐  In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)

_____    _____
(name of member)                                                        (state of citizenship)

_____    _____
(name of member)                                                        (state of citizenship)

_____    _____
(name of member)                                                        (state of citizenship)

_____    _____
(name of member)                                                        (state of citizenship)

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

April 9, 2026
_____
Date

/s/ Darren Ray
_____
Signature

Darren Ray, Bar No. 31435
_____
Printed name and bar number

1155 F Street NW, Suite 700, Washington, DC 20004
_____
Address

Darren.ray@bclplaw.com
_____
Email address

(202) 508-6000
_____
Telephone number

(202) 508-6200
_____
Fax number